21 F.3d 59w
 1994 Copr.L.Dec. P 27,248, 30 U.S.P.Q.2d 1491
 DIAMOND STAR BUILDING CORPORATION, Plaintiff-Appellee,
v.
The SUSSEX COMPANY BUILDERS, INCORPORATED, a Virginia
Corporation, Defendant-Appellant,
and
Ingram & Associates, Incorporated, a Tennessee Corporation;
Scott Price; Riley E. Ingram, d/b/a Ingram &
Associates; Beverly Freed, Defendants.
 No. 92-2451.
 United States Court of Appeals,
Fourth Circuit.
 Argued July 14, 1993.
Decided April 13, 1994.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION